The People of the State of Illinois, defendant in error, v. John Brinnegar, plaintiff in error. Gen. No. 7,625.

Prosecution for violation of liquor law. Defendant found guilty. Error to the County Court of Ford county; the Hon. S. Ludlow, Judge, presiding. Heard in this court at the October term, 1923. Reversed and remanded. Opinion filed December 31, 1924.

Schneider & Schneider, for plaintiff in error. Claude M. Swanson, State's Attorney, for defendant in error; Edward J. Pacey, of counsel.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Tony Brush, plaintiff in error. Gen. No. 7,769.

Prosecution for violation of liquor law. Defendant convicted. Error to the County Court of Christian county; the Hon. John W. Freihs, Judge, presiding. Heard in this court at the October term, 1924. Reversed. Opinion filed December 31, 1924.

John G. Friedmeyer and Wm. S. Greer, for plaintiff in error. Edward E. Dowell, for defendant in error.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

---

The State of Illinois, defendant in error, v. Tony Brush, plaintiff in error. Gen. No. 7,774.

Contempt proceedings for violation of injunction under Prohibition Act. Defendant found guilty of contempt. Error to the County Court of Christian county; the Hon. C. J. Vogelsang, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed December 31, 1924.

John G. Friedmeyer, for plaintiff in error. Edward E. Dowell, for defendant in error.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

---

Standard Oil Company, complainant, v. James Burbridge, appellant, and Ed. Willsey, appellee. Gen. No. 7,784.

Bill of interpleader to determine right to fees for oil inspection. Decree entered. Appeal from the Circuit Court of Pike county; the Hon. Harry Higbee, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed December 31, 1924.

Capps & Weaver, William Mumford and Barry Mumford, for appellant. Williams & Williams, for appellee.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

---

Ben Burkey, by his conservator, Hal Burkey, appellant, v. A. P. Forcum and R. H. Kile, appellees. Gen. No. 7,795.

Suit to set aside sale of land to an alleged incompetent. Bill dismissed for want of equity. Appeal from the Circuit Court of Edgar county; the Hon. John H. Marshall, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed December 31, 1924.

Emery Andrews and Raymond G. Real, for appellant. O'Hair & McClain, for appellees.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.